UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMECUS REED,<br><br>           Plaintiff,<br><br>     v.<br><br>M. MIGUEL; A. SASIN,<br><br>           Defendants. | Case No. 1:20-cv-00121-NONE-JLT (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 19) |

Defendants request a 21-day extension of time to respond to Plaintiff's complaint. (Doc. 19.) Defendants' responsive pleading is currently due August 10, 2020. (*See* Docs. 14, 16.) Good cause appearing, the Court GRANTS Defendants' motion. Defendants shall respond to Plaintiff's complaint by August 31, 2020.

IT IS SO ORDERED.

  Dated:   **August 6, 2020**                    /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE